FOIA Summons IH form 4
4/17

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Kristin Avery, on behalf of herself and
all others similarly situated

_____
Plaintiff

v.

Le Bernardin, Inc. Maguy Le Coze, and Eric Ripert

_____
Defendant

)
)
)
)
)
)
)
)
)

Civil Action No. 18-CV-00626

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Le Bernardin, Inc,
Maguy Le Coze
Eric Ripert
155 W 51st Street
New York. NY 10019

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph & Kirschenbaum, LLP
32 Broadway, Suite 601
New York, NY 10004

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

_____
Signature of Clerk or Deputy Clerk

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

> ☐ I personally served the summons on the individual at *(place)* _____
> _____ on *(date)* _____ ; or

> ☐ I left the summons at the individual's residence or usual place of abode with *(name)*
> _____ , a person of suitable age and discretion who resides there,
> on *(date)* _____ , and mailed a copy to the individual's last known address; or

> ☐ I served the summons on *(name of individual)* _____ , who is
> designated by law to accept service of process on behalf of *(name of organization)*
> _____ on *(date)* _____ ; or

> ☐ I returned the summons unexecuted because _____ ; or

> ☐ Other *(specify)*:
> 
> 

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: